1  DEREK F. FORAN (SBN 224569)
   DForan@mofo.com
2  CHRISTOPHER L. ROBINSON (SBN 260778)
   ChristopherRobinson@mofo.com
3  DAVID J. WIENER (SBN 291659)
   DWiener@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105-2482
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522

7  Attorneys for Plaintiff
   TESLA MOTORS, INC.
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

12

13 TESLA MOTORS, INC.                    Case No.   5:16-cv-00288 (EJD)

14          Plaintiff,                   **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF TESLA MOTORS, INC. AND [PROPOSED] ORDER**

15          v.

16 HOERBIGER AUTOMOTIVE COMFORT
   SYSTEMS, LLC AND HOERBIGER AMERICA
17 HOLDING, INC.                         Judge:   Hon. Edward J. Davila

18          Defendants.

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT, pursuant to Civil Local Rules 5-1(c)(2)(E) and 11-5(a), Plaintiff Tesla Motors, Inc. ("Tesla") hereby substitutes the law firm of Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482, (415) 268-7000, as counsel of record in the place and instead of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP.

Prior written notice has been provided to Tesla, who consents to the above substitution of counsel, and to all other parties who have appeared in the case.

Withdrawing counsel for Tesla are:

> JACK P. DICANIO (SBN 138782)
> jack.dicanio@skadden.com
> AMY S. PARK (SBN 208204)
> Amy.Park@skadden.com
> PATRICK MABEN HAMMON (SBN 255047)
> patrick.hammon@skadden.com
> SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
> 525 University Avenue
> Palo Alto, CA 94301
> Telephone: 650.470.4500
> Facsimile: 650.470.4570

PLEASE TAKE FURTHER NOTICE that all pleadings, orders, notices, and all papers filed or served or required to be served should be served upon the following substituted counsel:

> DEREK F. FORAN (SBN 224569)
> DForan@mofo.com
> CHRISTOPHER L. ROBINSON (SBN 260778)
> ChristopherRobinson@mofo.com
> DAVID J. WIENER (SBN 291659)
> DWiener@mofo.com
> MORRISON & FOERSTER LLP
> 425 Market Street
> San Francisco, California  94105-2482
> Telephone: 415.268.7000
> Facsimile: 415.268.7522

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL
5:16-cv-00288 (EJD)
sf-3638733

1

I consent to the above substitution:

JACK P. DICANIO
AMY S. PARK
PATRICK MABEN HAMMON
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

Dated: March 29, 2016

By:   */s/ Amy S. Park*
      AMY S. PARK

Former Attorneys for Plaintiff
TESLA MOTORS, INC.

I consent to the above substitution:

DEREK F. FORAN
CHRISTOPHER L. ROBINSON
DAVID J. WIENER
MORRISON & FOERSTER LLP

Dated: March 29, 2016

By:   */s/ Derek F. Foran*
      DEREK F. FORAN

Attorneys for Plaintiff
TESLA MOTORS, INC.

## **ATTESTATION CLAUSE**

I, Derek F. Foran, am the ECF User whose ID and password are being used to file this NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL. In compliance with General Order 45, X.B., I hereby attest that Amy S. Park has concurred in this filing.

Dated: March 29, 2016

MORRISON & FOERSTER LLP

By:   */s/ Derek F. Foran*
      DEREK F. FORAN

1  **[PROPOSED] ORDER**

2  IT IS HEREBY ORDERED that Morrison & Foerster LLP be substituted for Skadden,
3  Arps, Slate, Meagher & Flom LLP as counsel of record for Plaintiff Tesla Motors, Inc.

6  Date: _____3/30/2016_____

_____
Honorable Edward J. Davila
United States District Court Judge

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL
5:16-cv-00288 (EJD)
sf-3638733

3