1 | David C. Kiernan (State Bar No. 215335)
dkiernan@JonesDay.com
2 | Jason McDonell (State Bar No. 115084)
jmcdonell@JonesDay.com
3 | Amir Q. Amiri (State Bar No. 271224)
aamiri@jonesday.com
4 | JONES DAY
555 California Street, 26th Floor
5 | San Francisco, CA  94104
Telephone:    +1.415.626.3939
6 | Facsimile:    +1.415.875.5700

7 | Jeffrey J. Jones (Admitted *Pro Hac Vice*)
jjjones@JonesDay.com
8 | Brittany D. Parling (Admitted *Pro Hac Vice*)
bparling@jonesday.com
9 | JONES DAY
150 West Jefferson
10 | Suite 2100
Detroit, MI  48226.4438
11 | Telephone:    +1.313.733.3939
Facsimile:    +1.313.230.7997
12 |
Attorneys for Defendant
13 | HOERBIGER AUTOMOTIVE COMFORT
SYSTEMS, LLC.
14 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **TESLA MOTORS, INC.,** | Case No. 5:16-cv-00288 (EJD) |
| Plaintiff, | **JOINT NOTICE OF SETTLEMENT** |
| v. | |
| **HOERBIGER AUTOMOTIVE COMFORT SYSTEMS, LLC,** | |
| Defendant. | |

In accordance with the Court's Standing Order for Civil Cases, section III.F, the parties hereby jointly submit this Notice of Settlement to notify the Court that the parties have settled the action.  The parties expect that the action will be finally resolved through a stipulated dismissal by August 5, 2016.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: July 22, 2016 | JONES DAY |
| 3 | | |
| 4 | | By: /s/ Jason McDonell<br>    Jason McDonell |
| 5 | | Counsel for Defendant<br>HOERBIGER AUTOMOTIVE COMFORT |
| 6 | | SYSTEMS, LLC. |
| 7 | Dated: July 22, 2016 | MORRISON & FOERSTER LLP |
| 8 | | |
| 9 | | By: /s/ Derek Foran<br>    Derek F. Foran |
| 10 | | Counsel for Plaintiff |
| 11 | | TESLA MOTORS, INC. |

**ATTESTATION CLAUSE**

I, Jason McDonell, am the ECF User whose ID and password are being used to file this Notice of Settlement. In compliance with Civil L. R. 5-1(i)(3), I hereby attest that Derek Foran has concurred in this filing.

Dated: July 22, 2016                    JONES DAY

                                        By: /s/ Jason McDonell
                                            Jason McDonell

NAI-1501604832v1
603729 - 615001