| | |
|---|---|
| 1 | DEREK F. FORAN (SBN 224569) |
| | DForan@mofo.com |
| 2 | CHRISTOPHER L. ROBINSON (SBN 260778) |
| | ChristopherRobinson@mofo.com |
| 3 | DAVID J. WIENER (SBN 291659) |
| | DWiener@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 5 | San Francisco, California 94105-2482 |
| | Telephone: 415.268.7000 |
| 6 | Facsimile: 415.268.7522 |
| 7 | Attorneys for Plaintiff |
| | TESLA MOTORS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| TESLA MOTORS, INC. | Case No. 5:16-cv-00288 (EJD) |
|---|---|
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER TO DISMISS WITH PREJUDICE** |
| v. | |
| HOERBIGER AUTOMOTIVE COMFORT SYSTEMS, LLC | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Tesla Motors, Inc. and Defendant Hoerbiger Automotive Comfort Systems, LLC, by and through their respective attorneys, do hereby stipulate to dismiss the above-entitled action in its entirety, with prejudice.

**IT IS SO STIPULATED.**

Dated: October 4, 2016                    MORRISON & FOERSTER LLP

                                          By:   */s/ Derek F. Foran*
                                                DEREK F. FORAN

                                          Attorneys for Plaintiff
                                          TESLA MOTOR, INC.

Dated: October 4, 2016                    JONES DAY

                                          By:   */s/ Jason McDonell*
                                                JASON MCDONELL

                                          Attorneys for Defendants
                                          HOERBIGER AUTOMOTIVE
                                          COMFORT SYSTEMS, LLC

### ATTESTATION CLAUSE

I, Derek F. Foran, am the ECF User whose ID and password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER TO DISMISS WITH PREJUDICE. In compliance with Civil L. R. 5-1(i)(3), I hereby attest that Jason McDonell has concurred in this filing.

Dated: October 4, 2016                    MORRISON & FOERSTER LLP

                                          By:   */s/ Derek F. Foran*
                                                DEREK F. FORAN

**PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.**

Date: 10/6/2016

_____
Honorable Edward J. Davila

United States District Court Judge